# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

*************************************

GOVCIO, LLC,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant,

and

IRON MOUNTAIN INFORMATION MANAGEMENT, LLC,

    Defendant-Intervenor.

*************************************

Case No. 25-809
(Judge Eleni M. Roumel)

## JOINT NOTICE

Pursuant to the Court's order dated May 20, 2025 (ECF 27), GovCIO, LLC ("GovCIO"), the United States, and Iron Mountain Information Management, LLC ("Iron Mountain") provide this joint notice proposing a briefing schedule for further proceedings.

The parties propose expedited briefing on the full merits, consistent with the general scheduled discussed during the May 20, 2025 status conference, in lieu of separate briefing on GovCIO's motion for a preliminary injunction. In light of this election, GovCIO will withdraw its motion for a preliminary injunction and understands that, if the Court adopts the below proposed schedule for expedited resolution, GovCIO need not file a new motion for a preliminary injunction.

**PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Defendant files Administrative Record | May 30, 2025 |
| Plaintiff files First Amended Complaint | June 4, 2025 |
| Plaintiff files Motion for Judgment on the Administrative Record (MJAR) | June 6, 2025 |
| Defendant and Intervenor file Cross-MJARs, combined with any Motions to Dismiss | June 16, 2025 |
| Plaintiff files Reply and Opposition | June 26, 2025 |
| Defendant and Intervenor file Replies | July 7, 2025 |
| Oral Argument | July 22 or 23, 2025 |

Dated: May 22, 2025

Respectfully submitted,

VENABLE LLP

 s/James Y. Boland
James Y. Boland (Counsel of Record)
Emily R. Marcy
1850 Towers Crescent Plaza, Suite 400
Tysons, Virginia 22182
(703) 760-1997
jyboland@venable.com

Lindsay M. Reed
600 Massachusetts Avenue, NW
Washington, DC 20001

*Counsel for GovCIO, LLC*


YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Corinne A. Niosi
CORINNE A. NIOSI
Assistant Director

/s/ Vincent D. Phillips, Jr.
VINCENT D. PHILLIPS, JR.
Senior Trial Counsel

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4591
Email: Vincent.Phillips2@usdoj.gov

*Counsel for the United States*


 s/Daniel R. Forman
Daniel R. Forman (Counsel of Record)
Issac D. Schabes
Emily P. Golchini
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2504
Fax (202) 628-5116
DForman@crowell.com

*Counsel for Iron Mountain Information Management, LLC*