# In the United States Court of Federal Claims

| | |
|---|---|
| GOVCIO, LLC, | |
| Plaintiff, | |
| v. | No. 25-cv-809 |
| THE UNITED STATES, | |
| Defendant, | Filed: May 23, 2025 |
| and | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, | |
| Intervenor-Defendant. | |

## SCHEDULING ORDER

On May 20, 2025, following an Initial Status Conference, the Court directed the parties to file a Joint Notice proposing a briefing schedule for any proposed motions.  ECF No. 27.  On May 22, 2025, the parties jointly proposed the below schedule for expedited briefing on the merits.  ECF No. 28 (Joint Notice).  Accordingly, the Court **ORDERS** the following schedule:

| Event | Date |
|---|---|
| Defendant files Administrative Record | May 30, 2025 |
| Plaintiff files First Amended Complaint | June 4, 2025 |
| Plaintiff files Motion for Judgment on the Administrative Record (MJAR) | June 6, 2025 |
| Defendant and Intervenor-Defendant file Cross-MJARs, combined with any Motion to Dismiss | June 16, 2025 |
| Plaintiff files Reply and Opposition | June 26, 2025 |
| Defendant and Intervenor-Defendant file Replies | July 7, 2025 |
| Oral Argument at the United States Court of Federal Claims, Howard T. Markey National Courts Building | July 23, 2025 at 10:30 a.m. EDT |

The parties shall also jointly submit to chambers two courtesy copies of pertinent documents from the Administrative Record by July 11, 2025. Each courtesy copy shall be tabbed in a three-ring binder and shall include a table of contents. Further, as Plaintiff has agreed to withdraw its Motion for a Preliminary Injunction, Plaintiff's Motion for a Preliminary Injunction (ECF No. 21) is **DENIED** as **MOOT**. Joint Notice at 1.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge

2