# In the United States Court of Federal Claims

| | |
|---|---|
| GOVCIO, LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant,<br><br>and<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT, LLC,<br><br>　　　　Intervenor-Defendant. | Nos. 25-cv-809, 25-cv-913<br><br>Filed: July 24, 2025 |

## **ORDER**

On July 23, 2025, the Court conducted oral argument on the parties' cross motions for judgment on the administrative record (ECF Nos. 43, 45, 46, and 48) and Plaintiffs' motions to complete the administrative record (ECF Nos. 44, 47). During oral argument, the parties discussed two issues regarding the Administrative Record, which the parties agreed should be corrected. *First*, the Government attached documents marked AR1625–29 to its Response and Opposition to Plaintiffs' Motions to Complete the Administrative Record. ECF No. 50 (Response). The Administrative Record, however, already contains documents bearing that range of numbers. *Second*, AR291, an email, references an attached, draft Limited Source Justification that was not included in the Administrative Record.

Accordingly, as discussed on the record, and on consent of the parties, the Government shall complete the Administrative Record by July 30, 2025 by filing (1) corrected versions of the

documents attached to the Government's Response to correct the overlapping bates numbers on pages AR1625–29, and (2) a copy of the attachment referenced on AR291.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge

2