<div style="color:red; text-align:center">CORRECTED</div>

# In the United States Court of Federal Claims

| | |
|---|---|
| GOVCIO, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT, LLC,<br><br>    Intervenor-Defendant. | Nos. 25-cv-809, 25-cv-913<br><br>Filed: September 30, 2025 |

## ORDER

On September 26, 2025, the United States ("Defendant") informed the Court on behalf of all parties that the above-captioned consolidated bid protests have been rendered moot by the expiration of the task order underlying the protest. ECF No. 82 at 1 ("[N]o further proceedings are necessary in these cases, and the Court can dismiss these consolidated protests as moot."). Plaintiffs GovCIO, LLC and 22nd Century Technologies, Inc. do not oppose the dismissal of these protests for mootness, nor does Intervenor Iron Mountain Information Management, LLC. *See id.*

Bid protests are generally rendered moot by "the expiration or cancellation of a solicitation or contract award." *BroadReach Healthcare Pty Ltd. v. United States*, 177 Fed. Cl. 371, 376 (2025). Once a bid protest is moot, this Court lacks jurisdiction and the Court must dismiss the case. Rules of the Court of Federal Claims ("Rules") 12(b)(1), 12(h)(3); *see Sigmatech, Inc. v. United States*, 122 Fed. Cl. 674, 675 (2015); *Bishop v. United States*, 166 Fed. Cl. 742, 745 (2023)

("This Court must dismiss claims outside its subject matter jurisdiction pursuant to Rules 12(b)(1) and 12(h)(3) and may do so *sua sponte*.").

The Court agrees with the parties that it lacks jurisdiction over the consolidated protests, which have been rendered moot by the expiration of the underlying task order. ECF No. 82 at 1. Accordingly, these consolidated bid protests are **DISMISSED as MOOT** pursuant to Rules 12(b)(1) and 12(h)(3). *See Sigmatech*, 122 Fed. Cl. at 675. The Clerk of Court is **DIRECTED** to enter Judgment in this matter and to mark these cases as closed.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge