# In the United States Court of Federal Claims

Nos. 25-809 C and 25-913 C
Filed: September 30, 2025

```
*************************************
GOVCIO, LLC, et al.,                 *
        Plaintiffs,                  *
                                     *
    v.                               *    JUDGMENT
                                     *
THE UNITED STATES,                   *
        Defendant,                   *
                                     *
    and                              *
                                     *
IRON MOUNTAIN INFORMATION            *
MANAGEMENT, LLC,                     *
        Intervenor-Defendant.        *
*************************************
```

Pursuant to the court's Order, filed September 30, 2025

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' claims are dismissed for lack of jurisdiction.

                                        Lisa L. Reyes
                                        Clerk of Court

                           By:   s/ Ashley Reams
                                    Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.